IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PETER JAMES DUNKERLEY,** | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 07-0320-CG-M |
| **JAMES HALLMARK, et al.,** | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made[1], the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

The Clerk is **DIRECTED** to send to the Commissioner of the Alabama Department of Corrections a copy of the Report and Recommendation recommending the dismissal of this action as frivolous, of this Order adopting the Report and Recommendation, and of the Judgment dismissing this action as frivolous.

**DONE and ORDERED** this 17th day of April, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff acknowledges that he should have filed a 28 U.S.C. 2254 petition instead of a 1983 action, and requests that the court construe the complaint as such and hold it in abeyance until the conclusion of the appeal of his conviction presently pending in the Alabama Court of Criminal Appeals.  This the court will not do, as a habeas corpus petition is clearly premature.