### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

PETER JAMES DUNKERLEY,          :

    Plaintiff,                :

vs.                             :     **CIVIL ACTION 07-0320-CG-M**

JAMES HALLMARK, et al.,         :

    Defendants.            :


### JUDGMENT


It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby

**DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**DONE and ORDERED** this 17th day of April, 2008.


                           /s/ Callie V. S. Granade
                           CHIEF UNITED STATES DISTRICT JUDGE